# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LINDSEY GALERA,<br><br>    Respondent Below,<br>    Appellant,<br><br>    v.<br><br>DEPARTMENT OF SERVICES FOR<br>CHILDREN, YOUTH AND THEIR<br>FAMILIES,<br><br>    Petitioner Below,<br>    Appellee. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 147, 2021<br><br>Court Below – Family Court<br>of the State of Delaware<br><br><br>File No. 19-10-01TN<br>Petition No. 19-30639 |
| JOSH TAILOR, SR.,<br><br>    Respondent Below,<br>    Appellant,<br><br>    v.<br><br>DEPARTMENT OF SERVICES FOR<br>CHILDREN, YOUTH AND THEIR<br>FAMILIES,<br><br>    Petitioner Below,<br>    Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 150, 2021<br><br>Court Below – Family Court<br>of the State of Delaware<br><br><br>File No. 19-10-01TN<br>Petition No. 19-30639 |

Submitted: January 19, 2022
Decided: February 1, 2022

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## <u>ORDER</u>

On this 1st day of February, 2022, after careful consideration of all the briefs

and the record on appeal, we find it evident that the judgment of the Family Court

should be affirmed on the basis of and for the reasons stated in its April 16, 2021 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

/s/ Tamika R. Montgomery-Reeves
Justice